IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 PM 2: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Cr. No. 04-10022-02

ERIC SANDERS,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on September 23, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:          Ramsdale O'DeNeal
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:     distribution of cocaine base

Assistant U.S. Attorney assigned to case:  Kitchen

Rule 32 was: _____ waived  _____ not waived.

Defendant's age: _____

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9/26/05

77

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 1:04-CR-10022 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT