IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                       Criminal No. 1:04-10022-01-T

ERIC SANDERS

ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for the defendant the trial date of November 16, 2005, is continued to allow counsel for the defendant additional time in which to prepare. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

The Clerk of the Court shall reset the trial date for Wednesday, December 14, 2005 at 9:30 a.m., and the report date is reset for Friday, December 9, 2005 at 8:45 a.m. The Court finds that the grounds for this continuance justifies excluding the period from November 16, 2005 to December 14, 2005, as excludable delay under Title 18 U.S.C.§3161(h)(3)(A) and (B)(iv).

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 9 November 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 1:04-CR-10022 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Danny R. Ellis
MUELLER & ELLIS
1289 N. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT