

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                                        CR NO. 1:04-10022-02-T

ERIC SANDERS

## AMENDED ORDER ON GUILTY PLEA

This cause came on to be heard on December 9, 2005, Assistant U. S. Attorney, Jerry Kitchen, appearing for the government, and the defendant appeared in person and with counsel, Ramsdale O'DeNeal, who was retained.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Counts 1, 2, 3 and 4 of the Indictment.

This case has been set for sentencing on **Thursday, March 9, 2006 at 8:30 A.M.**

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: _15 December 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/19/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 1:04-CR-10022 was distributed by fax, mail, or direct printing on December 19, 2005 to the parties listed.

---

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT